UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| BRENT FOSTER, | | Case No. 2:14-cv-0498-APG-GWF |
| | Plaintiff, | **Order Dismissing Petition** |
| v. | | (Dkt. ## 11, 13, 14) |
| D.W. NEVEN, et al., | | |
| | Defendants. | |

Petitioner has moved to voluntarily dismiss the petition for writ of habeas corpus. (Dkt. #14.) Good cause exists to grant that motion. Therefore,

IT IS HEREBY ORDERED that the motion to voluntarily dismiss **(Dkt. #14) is GRANTED.** Petitioner's pending motions **(Dkt. ##11, 13) are DENIED AS MOOT**. This case is **DISMISSED as to all defendants**. The clerk of the court shall enter judgment accordingly.

Dated: September 14, 2014.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE